

The Children's Hospital of Philadelphia    3401 Civic Center Blvd Philadelphia, PA 19104    (215) 590-4357
Henry P James    1920 74th Avenue Philadelphia, PA 19138

| Name | Company | | | Employee ID | Pay Period Begin | Pay Period End | Check Date | Check Number |
|---|---|---|---|---|---|---|---|---|
| Henry P James | The Children's Hospital of Philadelphia | | | 974499 | 02/16/2025 | 03/01/2025 | 03/06/2025 | |

| | Gross Pay | Pre Tax Deductions | Employee Taxes | Post Tax Deductions | Net Pay |
|---|---|---|---|---|---|
| Current | 1,422.44 | 305.88 | 179.27 | 85.02 | 852.27 |
| YTD | 11,007.55 | 1,608.75 | 1,697.61 | 313.80 | 7,387.39 |

| Earnings | | | | | | | | Employee Taxes | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Description | Dates | Hours | Rate | Amount | YTD Hours | YTD Amount | | Description | Amount | YTD |
| FLSA Premium (FL! | | | 0 | | 0 | 3.70 | | OASDI | 71.92 | 603.44 |
| GTL Imputed Incom | 02/16/2025 - 03/01/2025 | 0 | 0 | 0.76 | 0 | 3.80 | | Medicare | 16.82 | 141.13 |
| National Holiday - U | | | 0 | | 24 | 694.32 | | Federal Withholding | 0.00 | 232.00 |
| Overtime | | | 0 | | 15.1 | 655.26 | | State Tax - PA | 36.16 | 300.40 |
| PPL Unscheduled | 02/16/2025 - 03/01/2025 | 9.23 | 28.93 | 267.02 | 66.44 | 1,922.10 | | SUI-Employee Paid - PA | 1.00 | 7.71 |
| Prior Pay National F | | | 0 | | -8 | -231.44 | | City Tax - PHILA | 53.37 | 412.93 |
| Regular - Hourly | 02/23/2025 - 03/01/2025 | 39.3 | 28.93 | 1,136.95 | 271.9 | 7,866.07 | | | | |
| Shift Differential | 02/16/2025 - 02/22/2025 | 0 | 0 | 18.47 | 0 | 97.54 | | | | |
| Earnings | | | | 1,423.20 | | 11,011.35 | | Employee Taxes | 179.27 | 1,697.61 |

| Pre Tax Deductions | | | | Post Tax Deductions | | |
|---|---|---|---|---|---|---|
| Description | Amount | YTD | | Description | Amount | YTD |
| Aetna Dental PPO Plan | 23.04 | 115.20 | | Child Life Insurance | 1.63 | 8.15 |
| Keystone Health Plan East | 215.49 | 1,077.45 | | Emp Accident Insurance | 5.48 | 27.40 |
| TIAA/Cref TSA | 42.68 | 330.25 | | Emp Critical Illness | 5.82 | 29.10 |
| Transit Pretax - Wage Works | 18.75 | 56.25 | | Emp Hospital Indemnity | 7.23 | 36.15 |
| United Healthcare Vision | 5.92 | 29.60 | | Legal Plan | 9.21 | 46.05 |
| | | | | Union Dues | 55.65 | 166.95 |
| Pre Tax Deductions | 305.88 | 1,608.75 | | Post Tax Deductions | 85.02 | 313.80 |

| Employer Paid Benefits | | | | Taxable Wages | | |
|---|---|---|---|---|---|---|
| Description | Amount | YTD | | Description | Amount | YTD |
| Employer Match on Transit Prgm | 56.25 | 168.75 | | OASDI - Taxable Wages | 1,160.00 | 9,732.85 |
| TIAA/Cref Employer Match | 21.34 | 165.12 | | Medicare - Taxable Wages | 1,160.00 | 9,732.85 |
| | | | | Federal Withholding - Taxable Wages | 1,117.32 | 9,402.60 |
| | | | | State Tax Taxable Wages - PA | 1,177.99 | 9,785.30 |
| Employer Paid Benefits | 77.59 | 333.87 | | City Tax Taxable Wages - PHILA | 1,423.20 | 11,011.35 |

| | Federal | State | | Absence Plans | | | |
|---|---|---|---|---|---|---|---|
| Marital Status | Head of Household | | | Description | Accrued | Reduced | Available |
| Allowances | 0 | 0 | | Paid Personal Leave | 9.23 | 9.23 | 9.24 |
| Additional Withholding | 0 | 0 | | | | | |

| Payment Information | | | | |
|---|---|---|---|---|
| Bank | Account Name | Account Number | USD Amount | Amount |
| chime | chime ******9941 | ******9941 | | 852.27    USD |

Abington Memorial Hospital    DBA Jefferson Health 1101 Market Street, 20th Floor Philadelphia, PA 19107
Henry James    1920 74th Ave Philadelphia, PA 19138

| Name | Company | | | Employee ID | Pay Period Begin | Pay Period End | Check Date | Check Number |
|------|---------|--|--|-------------|------------------|----------------|------------|--------------|
| Henry James | Abington Memorial Hospital | | | 000936345 | 02/23/2025 | 03/08/2025 | 03/14/2025 | |

| | | Gross Pay | Pre Tax Deductions | Employee Taxes | Post Tax Deductions | Net Pay |
|--|--|-----------|--------------------|----------------|---------------------|---------|
| Current | | 143.45 | 7.18 | 42.85 | 0.00 | 93.42 |
| YTD | | 1,547.49 | 67.81 | 356.99 | 0.00 | 1,122.69 |

| Earnings | | | | | | | | Employee Taxes | | |
|----------|--|--|--|--|--|--|--|----------------|--|--|
| Description | Dates | Hours | Rate | Amount | YTD Hours | YTD Amount | Description | Amount | YTD |
| Holiday Premium | | | 0 | | 4.39 | 79.02 | OASDI | 8.89 | 95.94 |
| Holiday Worked | | | 0 | | 8.78 | 158.04 | Medicare | 2.08 | 22.44 |
| Regular Gross | 02/23/2025 - 03/01/2025 | 7.55 | 18 | 135.90 | 68.97 | 1,241.46 | Federal Withholding | 20.00 | 120.00 |
| Shift Differential | 02/23/2025 - 03/01/2025 | 7.55 | 1 | 7.55 | 68.97 | 68.97 | State Tax - PA | 4.40 | 47.50 |
| | | | | | | | SUI-Employee Paid - PA | 0.10 | 1.08 |
| | | | | | | | City Tax - PHILA | 5.38 | 58.03 |
| | | | | | | | PA LST - ABNGT | 2.00 | 12.00 |
| Earnings | | | | 143.45 | | 1,547.49 | Employee Taxes | 42.85 | 356.99 |

| Pre Tax Deductions | | |
|--------------------|--|--|
| Description | Amount | YTD |
| Pre-tax 403(b) | 7.18 | 67.81 |
| Pre Tax Deductions | 7.18 | 67.81 |

| | Federal | State |
|--|---------|-------|
| Marital Status | Single or Married filing separately | |
| Allowances | 0 | 0 |
| Additional Withholding | 20 | 0 |

| Payment Information | | | | |
|---------------------|--|--|--|--|
| Bank | Account Name | Account Number | USD Amount | Amount |
| Unknown | Unknown ******9941 | ******9941 | | 93.42    USD |



The Children's Hospital of Philadelphia    3401 Civic Center Blvd Philadelphia, PA 19104    (215) 590-4357
Henry P James    1920 74th Avenue Philadelphia, PA 19138

| Name | Company | Employee ID | Pay Period Begin | Pay Period End | Check Date | Check Number |
|---|---|---|---|---|---|---|
| Henry P James | The Children's Hospital of Philadelphia | 974499 | 03/02/2025 | 03/15/2025 | 03/20/2025 | |

| | | Gross Pay | Pre Tax Deductions | Employee Taxes | Post Tax Deductions | Net Pay |
|---|---|---|---|---|---|---|
| Current | | 1,424.22 | 305.93 | 179.52 | 29.37 | 909.40 |
| YTD | | 12,431.77 | 1,914.68 | 1,877.13 | 343.17 | 8,296.79 |

| Earnings | | | | | | | Employee Taxes | | |
|---|---|---|---|---|---|---|---|---|---|
| Description | Dates | Hours | Rate | Amount | YTD Hours | YTD Amount | Description | Amount | YTD |
| FLSA Premium (FL! | | 0 | | | 0 | 3.70 | OASDI | 72.03 | 675.47 |
| GTL Imputed Incom | 03/02/2025 - 03/15/2025 | 0 | 0 | 0.76 | 0 | 4.56 | Medicare | 16.84 | 157.97 |
| National Holiday - U | | 0 | | | 24 | 694.32 | Federal Withholding | 0.00 | 232.00 |
| Overtime | | 0 | | | 15.1 | 655.26 | State Tax - PA | 36.22 | 336.62 |
| PPL Unscheduled | 03/02/2025 - 03/15/2025 | 9.23 | 28.93 | 267.02 | 75.67 | 2,189.12 | SUI-Employee Paid - PA | 0.99 | 8.70 |
| Prior Pay National H | | 0 | | | -8 | -231.44 | City Tax - PHILA | 53.44 | 466.37 |
| Regular - Hourly | 03/09/2025 - 03/15/2025 | 40 | 28.93 | 1,157.20 | 311.9 | 9,023.27 | | | |
| Shift Differential | | 0 | | | 0 | 97.54 | | | |
| Earnings | | | | 1,424.98 | | 12,436.33 | Employee Taxes | 179.52 | 1,877.13 |

| Pre Tax Deductions | | | | Post Tax Deductions | | |
|---|---|---|---|---|---|---|
| Description | | Amount | YTD | Description | Amount | YTD |
| Aetna Dental PPO Plan | | 23.04 | 138.24 | Child Life Insurance | 1.63 | 9.78 |
| Keystone Health Plan East | | 215.49 | 1,292.94 | Emp Accident Insurance | 5.48 | 32.88 |
| TIAA/Cref TSA | | 42.73 | 372.98 | Emp Critical Illness | 5.82 | 34.92 |
| Transit Pretax - Wage Works | | 18.75 | 75.00 | Emp Hospital Indemnity | 7.23 | 43.38 |
| United Healthcare Vision | | 5.92 | 35.52 | Legal Plan | 9.21 | 55.26 |
| | | | | Union Dues | | 166.95 |
| Pre Tax Deductions | | 305.93 | 1,914.68 | Post Tax Deductions | 29.37 | 343.17 |

| Employer Paid Benefits | | | | Taxable Wages | | |
|---|---|---|---|---|---|---|
| Description | | Amount | YTD | Description | Amount | YTD |
| Employer Match on Transit Prgm | | 56.25 | 225.00 | OASDI - Taxable Wages | 1,161.78 | 10,894.63 |
| TIAA/Cref Employer Match | | 21.36 | 186.48 | Medicare - Taxable Wages | 1,161.78 | 10,894.63 |
| | | | | Federal Withholding - Taxable Wages | 1,119.05 | 10,521.65 |
| | | | | State Tax Taxable Wages - PA | 1,179.77 | 10,965.07 |
| Employer Paid Benefits | | 77.61 | 411.48 | City Tax Taxable Wages - PHILA | 1,424.98 | 12,436.33 |

| Federal | State | | Absence Plans | | | |
|---|---|---|---|---|---|---|
| Marital Status | Head of Household | | Description | Accrued | Reduced | Available |
| Allowances | 0 | 0 | Paid Personal Leave | 9.23 | 9.23 | 9.24 |
| Additional Withholding | 0 | 0 | | | | |

| Payment Information | | | | |
|---|---|---|---|---|
| Bank | Account Name | Account Number | USD Amount | Amount |
| chime | chime ******9941 | ******9941 | | 909.40    USD |

Abington Memorial Hospital    DBA Jefferson Health 1101 Market Street, 20th Floor Philadelphia, PA 19107
Henry James    1920 74th Ave Philadelphia, PA 19138

| Name | Company | | | Employee ID | Pay Period Begin | Pay Period End | Check Date | Check Number |
|---|---|---|---|---|---|---|---|---|
| Henry James | Abington Memorial Hospital | | | 000936345 | 03/09/2025 | 03/22/2025 | 03/28/2025 | |

| | | Gross Pay | Pre Tax Deductions | Employee Taxes | Post Tax Deductions | Net Pay |
|---|---|---|---|---|---|---|
| Current | | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| YTD | | 1,547.49 | 67.81 | 356.99 | 0.00 | 1,122.69 |

| Earnings | | | | | | | Employee Taxes | | |
|---|---|---|---|---|---|---|---|---|---|
| Description | Dates | Hours | Rate | Amount | YTD Hours | YTD Amount | Description | Amount | YTD |
| Holiday Premium | | | 0 | | 4.39 | 79.02 | OASDI | 0.00 | 95.94 |
| Holiday Worked | | | 0 | | 8.78 | 158.04 | Medicare | 0.00 | 22.44 |
| Regular Gross | | | 0 | | 68.97 | 1,241.46 | Federal Withholding | | 120.00 |
| Shift Differential | | | 0 | | 68.97 | 68.97 | State Tax - PA | | 47.50 |
| | | | | | | | SUI-Employee Paid - PA | 0.00 | 1.08 |
| | | | | | | | City Tax - PHILA | | 58.03 |
| | | | | | | | PA LST - ABNGT | | 12.00 |
| Earnings | | | | 0.00 | | 1,547.49 | Employee Taxes | 0.00 | 356.99 |

| Pre Tax Deductions | | | |
|---|---|---|---|
| Description | | Amount | YTD |
| Pre-tax 403(b) | | | 67.81 |
| Pre Tax Deductions | | 0.00 | 67.81 |

| | Federal | State |
|---|---|---|
| Marital Status | Single or Married filing separately | |
| Allowances | 0 | 0 |
| Additional Withholding | 20 | 0 |

| Payment Information | | | | |
|---|---|---|---|---|
| Bank | Account Name | Account Number | USD Amount | Amount |
| Unknown | Unknown ******9941 | ******9941 | | 0.00    USD |

The Children's Hospital of Philadelphia   3401 Civic Center Blvd Philadelphia, PA 19104   (215) 590-4357
Henry P James   1920 74th Avenue Philadelphia, PA 19138

| Name | Company | | Employee ID | Pay Period Begin | Pay Period End | Check Date | Check Number |
|---|---|---|---|---|---|---|---|
| Henry P James | The Children's Hospital of Philadelphia | | 974499 | 03/16/2025 | 03/29/2025 | 04/03/2025 | |

| | | Gross Pay | Pre Tax Deductions | Employee Taxes | Post Tax Deductions | | Net Pay |
|---|---|---|---|---|---|---|---|
| Current | | 2,082.96 | 325.69 | 292.34 | 85.02 | | 1,379.91 |
| YTD | | 14,514.73 | 2,240.37 | 2,169.47 | 428.19 | | 9,676.70 |

| Earnings | | | | | | | Employee Taxes | | |
|---|---|---|---|---|---|---|---|---|---|
| Description | Dates | Hours | Rate | Amount | YTD Hours | YTD Amount | Description | Amount | YTD |
| FLSA Premium (FL! | | 0 | | | 0 | 3.70 | OASDI | 112.87 | 788.34 |
| GTL Imputed Incom | 03/16/2025 - 03/29/2025 | 0 | 0 | 0.76 | 0 | 5.32 | Medicare | 26.40 | 184.37 |
| National Holiday - L | | | 0 | | 24 | 694.32 | Federal Withholding | 17.03 | 249.03 |
| Overtime | | | 0 | | 15.1 | 655.26 | State Tax - PA | 56.44 | 393.06 |
| PPL Unscheduled | | | 0 | | 75.67 | 2,189.12 | SUI-Employee Paid - PA | 1.46 | 10.16 |
| Prior Pay National H | | | 0 | | -8 | -231.44 | City Tax - PHILA | 78.14 | 544.51 |
| Regular - Hourly | 03/16/2025 - 03/22/2025 | 40 | 28.93 | 1,157.20 | | | | | |
| Regular - Hourly | 03/23/2025 - 03/29/2025 | 32 | 28.93 | 925.76 | 383.9 | 11,106.23 | | | |
| Shift Differential | | | 0 | | 0 | 97.54 | | | |
| Earnings | | | | 2,083.72 | | 14,520.05 | Employee Taxes | 292.34 | 2,169.47 |

| Pre Tax Deductions | | | | Post Tax Deductions | | | |
|---|---|---|---|---|---|---|---|
| Description | | Amount | YTD | Description | | Amount | YTD |
| Aetna Dental PPO Plan | | 23.04 | 161.28 | Child Life Insurance | | 1.63 | 11.41 |
| Keystone Health Plan East | | 215.49 | 1,508.43 | Emp Accident Insurance | | 5.48 | 38.36 |
| TIAA/Cref TSA | | 62.49 | 435.47 | Emp Critical Illness | | 5.82 | 40.74 |
| Transit Pretax - Wage Works | | 18.75 | 93.75 | Emp Hospital Indemnity | | 7.23 | 50.61 |
| United Healthcare Vision | | 5.92 | 41.44 | Legal Plan | | 9.21 | 64.47 |
| | | | | Union Dues | | 55.65 | 222.60 |
| Pre Tax Deductions | | 325.69 | 2,240.37 | Post Tax Deductions | | 85.02 | 428.19 |

| Employer Paid Benefits | | | | Taxable Wages | | | |
|---|---|---|---|---|---|---|---|
| Description | | Amount | YTD | Description | | Amount | YTD |
| Employer Match on Transit Prgm | | 56.25 | 281.25 | OASDI - Taxable Wages | | 1,820.52 | 12,715.15 |
| TIAA/Cref Employer Match | | 31.24 | 217.72 | Medicare - Taxable Wages | | 1,820.52 | 12,715.15 |
| | | | | Federal Withholding - Taxable Wages | | 1,758.03 | 12,279.68 |
| | | | | State Tax Taxable Wages - PA | | 1,838.51 | 12,803.58 |
| Employer Paid Benefits | | 87.49 | 498.97 | City Tax Taxable Wages - PHILA | | 2,083.72 | 14,520.05 |

| | Federal | | State | Absence Plans | | | |
|---|---|---|---|---|---|---|---|
| Marital Status | Head of Household | | | Description | Accrued | Reduced | Available |
| Allowances | 0 | | 0 | Paid Personal Leave | 9.23 | 0 | 18.47 |
| Additional Withholding | 0 | | 0 | | | | |

| Payment Information | | | | | |
|---|---|---|---|---|---|
| Bank | Account Name | | Account Number | USD Amount | Amount |
| chime | chime ******9941 | | ******9941 | | 1,379.91   USD |

Abington Memorial Hospital    DBA Jefferson Health 1101 Market Street, 20th Floor Philadelphia, PA 19107
Henry James    1920 74th Ave Philadelphia, PA 19138

| Name | Company | | | Employee ID | Pay Period Begin | Pay Period End | Check Date | Check Number |
|---|---|---|---|---|---|---|---|---|
| Henry James | Abington Memorial Hospital | | | 000936345 | 03/23/2025 | 04/05/2025 | 04/11/2025 | |

| | | | | Gross Pay | Pre Tax Deductions | Employee Taxes | Post Tax Deductions | Net Pay |
|---|---|---|---|---|---|---|---|---|
| Current | | | | 367.65 | 18.39 | 75.47 | 0.00 | 273.79 |
| YTD | | | | 1,915.14 | 86.20 | 432.46 | 0.00 | 1,396.48 |

| Earnings | | | | | | | | Employee Taxes | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Description | Dates | Hours | Rate | Amount | YTD Hours | YTD Amount | Description | Amount | YTD |
| Holiday Premium | | | 0 | | 4.39 | 79.02 | OASDI | 22.80 | 118.74 |
| Holiday Worked | | | 0 | | 8.78 | 158.04 | Medicare | 5.33 | 27.77 |
| Regular Gross | 03/23/2025 - 04/05/2025 | 19.35 | 18 | 348.30 | 88.32 | 1,589.76 | Federal Withholding | 20.00 | 140.00 |
| Shift Differential | 03/23/2025 - 04/05/2025 | 19.35 | 1 | 19.35 | 88.32 | 88.32 | State Tax - PA | 11.29 | 58.79 |
| | | | | | | | SUI-Employee Paid - PA | 0.26 | 1.34 |
| | | | | | | | City Tax - PHILA | 13.79 | 71.82 |
| | | | | | | | PA LST - ABNGT | 2.00 | 14.00 |
| Earnings | | | | 367.65 | | 1,915.14 | Employee Taxes | 75.47 | 432.46 |

| Pre Tax Deductions | | |
|---|---|---|
| Description | Amount | YTD |
| Pre-tax 403(b) | 18.39 | 86.20 |
| Pre Tax Deductions | 18.39 | 86.20 |

| | Federal | State |
|---|---|---|
| Marital Status | Single or Married filing separately | |
| Allowances | 0 | 0 |
| Additional Withholding | 20 | 0 |

| Payment Information | | | | | |
|---|---|---|---|---|---|
| Bank | Account Name | Account Number | USD Amount | Amount | |
| Unknown | Unknown ******9941 | ******9941 | | 273.79 | USD |



The Children's Hospital of Philadelphia      3401 Civic Center Blvd Philadelphia, PA 19104    (215) 590-4357
Henry P James      1920 74th Avenue Philadelphia, PA 19138

| Name | Company | Employee ID | Pay Period Begin | Pay Period End | Check Date | Check Number |
|---|---|---|---|---|---|---|
| Henry P James | The Children's Hospital of Philadelphia | 974499 | 03/30/2025 | 04/12/2025 | 04/17/2025 | |

| | Gross Pay | Pre Tax Deductions | Employee Taxes | Post Tax Deductions | Net Pay |
|---|---|---|---|---|---|
| Current | 2,080.04 | 325.61 | 291.63 | 38.50 | 1,424.30 |
| YTD | 16,594.77 | 2,565.98 | 2,461.10 | 466.69 | 11,101.00 |

## Earnings

| Description | Dates | Hours | Rate | Amount | YTD Hours | YTD Amount |
|---|---|---|---|---|---|---|
| FLSA Premium (FL! | | | 0 | | 0 | 3.70 |
| GTL Imputed Incom | 03/30/2025 - 04/12/2025 | 0 | 0 | 1.27 | 0 | 6.59 |
| LV PPLS UNION | 03/30/2025 - 04/05/2025 | 8 | 29.8 | 238.40 | | |
| LV PPLS UNION | 04/06/2025 - 04/12/2025 | 8 | 29.8 | 238.40 | 16 | 476.80 |
| National Holiday - U | | | 0 | | 24 | 694.32 |
| Overtime | | | 0 | | 15.1 | 655.26 |
| PPL Unscheduled | | | 0 | | 75.67 | 2,189.12 |
| Prior Pay National H | | | 0 | | -8 | -231.44 |
| Regular - Hourly | 03/30/2025 - 04/05/2025 | 32 | 29.8 | 953.60 | | |
| Regular - Hourly | 04/06/2025 - 04/12/2025 | 21.8 | 29.8 | 649.64 | 437.7 | 12,709.47 |
| Shift Differential | | | 0 | | 0 | 97.54 |
| Earnings | | | | 2,081.31 | | 16,601.36 |

## Employee Taxes

| Description | Amount | YTD |
|---|---|---|
| OASDI | 112.72 | 901.06 |
| Medicare | 26.36 | 210.73 |
| Federal Withholding | 16.69 | 265.72 |
| State Tax - PA | 56.35 | 449.41 |
| SUI-Employee Paid - PA | 1.46 | 11.62 |
| City Tax - PHILA | 78.05 | 622.56 |
| Employee Taxes | 291.63 | 2,461.10 |

## Pre Tax Deductions

| Description | Amount | YTD |
|---|---|---|
| Aetna Dental PPO Plan | 23.04 | 184.32 |
| Keystone Health Plan East | 215.49 | 1,723.92 |
| TIAA/Cref TSA | 62.41 | 497.88 |
| Transit Pretax - Wage Works | 18.75 | 112.50 |
| United Healthcare Vision | 5.92 | 47.36 |
| Pre Tax Deductions | 325.61 | 2,565.98 |

## Post Tax Deductions

| Description | Amount | YTD |
|---|---|---|
| Child Life Insurance | 1.63 | 13.04 |
| Emp Accident Insurance | 5.48 | 43.84 |
| Emp Critical Illness | 14.95 | 55.69 |
| Emp Hospital Indemnity | 7.23 | 57.84 |
| Legal Plan | 9.21 | 73.68 |
| Union Dues | | 222.60 |
| Post Tax Deductions | 38.50 | 466.69 |

## Employer Paid Benefits

| Description | Amount | YTD |
|---|---|---|
| Employer Match on Transit Prgm | 56.25 | 337.50 |
| TIAA/Cref Employer Match | 31.20 | 248.92 |
| Employer Paid Benefits | 87.45 | 586.42 |

## Taxable Wages

| Description | Amount | YTD |
|---|---|---|
| OASDI - Taxable Wages | 1,818.11 | 14,533.26 |
| Medicare - Taxable Wages | 1,818.11 | 14,533.26 |
| Federal Withholding - Taxable Wages | 1,755.70 | 14,035.38 |
| State Tax Taxable Wages - PA | 1,835.59 | 14,639.17 |
| City Tax Taxable Wages – PHILA | 2,081.31 | 16,601.36 |

| | Federal | State |
|---|---|---|
| Marital Status | Head of Household | |
| Allowances | 0 | 0 |
| Additional Withholding | 0 | 0 |

## Absence Plans

| Description | Accrued | Reduced | Available |
|---|---|---|---|
| Paid Personal Leave | 9.23 | 16 | 11.7 |

## Payment Information

| Bank | Account Name | Account Number | USD Amount | Amount | |
|---|---|---|---|---|---|
| chime | chime ******9941 | ******9941 | | 1,424.30 | USD |



shot on moto g - 2025

May 27, 2025, 3:18 PM

Abington Memorial Hospital    DBA Jefferson Health 1101 Market Street, 20th Floor Philadelphia, PA 19107
Henry James    1920 74th Ave Philadelphia, PA 19138

| Name | Company | | | Employee ID | Pay Period Begin | Pay Period End | Check Date | Check Number |
|---|---|---|---|---|---|---|---|---|
| Henry James | Abington Memorial Hospital | | | 000936345 | 04/06/2025 | 04/19/2025 | 04/25/2025 | |

| | | | Gross Pay | Pre Tax Deductions | Employee Taxes | Post Tax Deductions | Net Pay |
|---|---|---|---|---|---|---|---|
| Current | | | 401.47 | 20.08 | 80.38 | 0.00 | 301.01 |
| YTD | | | 2,316.61 | 106.28 | 512.84 | 0.00 | 1,697.49 |

| Earnings | | | | | | | | Employee Taxes | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Description | Dates | Hours | Rate | Amount | YTD Hours | YTD Amount | | Description | Amount | YTD |
| Holiday Premium | | | 0 | | 4.39 | 79.02 | | OASDI | 24.89 | 143.63 |
| Holiday Worked | | | 0 | | 8.78 | 158.04 | | Medicare | 5.82 | 33.59 |
| Regular Gross | 04/06/2025 - 04/19/2025 | 21.13 | 18 | 380.34 | 109.45 | 1,970.10 | | Federal Withholding | 20.00 | 160.00 |
| Shift Differential | 04/06/2025 - 04/19/2025 | 21.13 | 1 | 21.13 | 109.45 | 109.45 | | State Tax - PA | 12.33 | 71.12 |
| | | | | | | | | SUI-Employee Paid - PA | 0.28 | 1.62 |
| | | | | | | | | City Tax - PHILA | 15.06 | 86.88 |
| | | | | | | | | PA LST - ABNGT | 2.00 | 16.00 |
| Earnings | | | | 401.47 | | 2,316.61 | | Employee Taxes | 80.38 | 512.84 |

| Pre Tax Deductions | | |
|---|---|---|
| Description | Amount | YTD |
| Pre-tax 403(b) | 20.08 | 106.28 |
| Pre Tax Deductions | 20.08 | 106.28 |

| | Federal | State |
|---|---|---|
| Marital Status | Single or Married filing separately | |
| Allowances | 0 | 0 |
| Additional Withholding | 20 | 0 |

| Payment Information | | | | | |
|---|---|---|---|---|---|
| Bank | Account Name | Account Number | USD Amount | Amount | |
| Unknown | Unknown ******9941 | ******9941 | | 301.01 | USD |