United States Bankruptcy Court
Eastern District of Pennsylvania

In re: Case No. 25-12125-djb
Henry Philip James, Jr. Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2      User: admin      Page 1 of 3
Date Rcvd: Oct 31, 2025      Form ID: pdf900      Total Noticed: 40

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 02, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Henry Philip James, Jr., 1920 74th Avenue, Philadelphia, PA 19138-2221 |
| 15012999 | + | Burlington County Bridge Commission, NJ E-ZPass, PO BOX 4971, Trenton, NJ 08650-4971 |
| 15013002 | + | Delaware River Joint Toll Bridge Commiss, NJ E-ZPass, Po Box 4971, Trenton, NJ 08650-4971 |
| 15016788 | + | Lakeview Loan Servicing, LLC, c/o Matthew Fissel, KML Law Group, P.C., 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 15013014 | | Philadelphia Gas Works, PO Box 11700, Newark, NJ 07101-4700 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Nov 01 2025 00:31:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Nov 01 2025 00:31:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| 15012997 | + | Email/Text: jvalencia@amhfcu.org | Nov 01 2025 00:31:00 | American Heritage Federal Credit Union, Attn: Bankruptcy, 2060 Red Lion Rd, Philadelphia, PA 19115-1699 |
| 15018811 | + | Email/Text: bankruptcy@bmgmoney.com | Nov 01 2025 00:31:00 | BMG LoansAtWork Inc, 444 Brickell Ave Suite 250, Miami, FL 33131-2404 |
| 15012998 | + | Email/Text: bankruptcy@bmgmoney.com | Nov 01 2025 00:31:00 | BMG Money, Attn: Bankruptcy, 444 Brickell Avenue Suite 250, Miami, FL 33131-2404 |
| 15059302 | | Email/Text: megan.harper@phila.gov | Nov 01 2025 00:31:00 | Water Revenue Bureau, c/o City of Philadelphia Law Department, Tax & Revenue Unit, Bankruptcy Group, MSB, 1401 John F. Kennedy Blvd., 5th Floor, Philadelphia, PA 191021595 |
| 15013000 | + | Email/Text: omx-bnc-bk-notices@chime.com | Nov 01 2025 00:31:00 | Chime, Attn: Bankruptcy, 101 California Street, Ste 500, San Francisco, CA 94111-3580 |
| 15013001 | + | Email/Text: megan.harper@phila.gov | Nov 01 2025 00:31:00 | City of Philadelphia Dept of Rev, 1401 John F Kennedy, Philadelphia, PA 19102-1617 |
| 15013003 | + | Email/Text: ElectronicBkyDocs@nelnet.studentaid.gov | Nov 01 2025 00:31:00 | Dept Of Education/neln, Po Box 82561, Lincoln, NE 68501-2561 |
| 15028684 | | Email/Text: bankruptcy@glsllc.com | Nov 01 2025 00:31:00 | Global Lending Services LLC, 1200 Brookfield Blvd Ste 300, Greenville, South Carolina 29607 |
| 15013004 | | Email/Text: bankruptcy@glsllc.com | Nov 01 2025 00:31:00 | Global Lending Services LLC, Attn: Bankruptcy, Po Box 10437, Greenville, SC 29603 |
| 15013005 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Nov 01 2025 00:31:00 | Internal Revenue Service, 600 Arch Street, RM 5200, Philadelphia, PA 19106 |
| 15032053 | | Email/Text: JCAP_BNC_Notices@jcap.com | Nov 01 2025 00:31:00 | Jefferson Capital Systems LLC, PO Box 7999, St. |

Case 25-12125-djb   Doc 22   Filed 11/02/25   Entered 11/02/25 23:36:59   Desc Imaged
Certificate of Notice   Page 2 of 4

| District/off: 0313-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Oct 31, 2025 | Form ID: pdf900 | Total Noticed: 40 |

| | | | | |
|---|---|---|---|---|
| | | | | Cloud MN 56302-9617 |
| 15035767 | | Email/Text: BNCnotices@dcmservices.com | Nov 01 2025 00:31:00 | Jefferson Health, PO Box 1123, Minneapolis, MN 55440-1123 |
| 15013006 | ^ | MEBN | Nov 01 2025 00:26:15 | KML Law Group PC, 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 15013007 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Nov 01 2025 00:38:16 | Kohl's, Attn: Credit Administrator, Po Box 3043, Milwaukee, WI 53201-3043 |
| 15036378 | | Email/PDF: resurgentbknotifications@resurgent.com | Nov 01 2025 00:38:07 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 15016683 | ^ | MEBN | Nov 01 2025 00:26:15 | Lakeview Loan Servicing, LLC, C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 15029328 | ^ | MEBN | Nov 01 2025 00:26:07 | Lakeview Loan Servicing, LLC, c/o M&T Bank, P.O. Box 840, Buffalo, NY 14240-0840 |
| 15013008 | + | Email/PDF: resurgentbknotifications@resurgent.com | Nov 01 2025 00:38:06 | Lvnv Funding/Resurgent Capital, Attn: Bankruptcy, Po Box 10497, Greenville, SC 29603-0497 |
| 15013009 | | Email/Text: camanagement@mtb.com | Nov 01 2025 00:31:00 | M & T Bank, Attn: Bankruptcy, Po Box 844, Buffalo, NY 14240 |
| 15025950 | | Email/Text: DL-NJEZPASS-Bankruptcies@conduent.com | Nov 01 2025 00:31:00 | New Jersey Turnpike Authority, Ramon de la Cruz, NJ Turnpike Authority, 1 Turnpike Plaza, P.O Box 5042, Woodbridge, NJ 07095 |
| 15013010 | + | Email/PDF: cbp@omf.com | Nov 01 2025 00:38:12 | OneMain Financial, Attn: Bankruptcy, Po Box 142, Evansville, IN 47701-0142 |
| 15029311 | + | Email/PDF: cbp@omf.com | Nov 01 2025 00:38:12 | OneMain Financial Group, LLC, PO Box 3251, Evansville, IN 47731-3251 |
| 15013011 | ^ | MEBN | Nov 01 2025 00:26:21 | PA Turnpike By Plate, PO Box 645631, Pittsburgh, PA 15264-5254 |
| 15013012 | ^ | MEBN | Nov 01 2025 00:26:21 | PA Turnpike Toll By Plate, PO Box 645631, Pittsburgh, PA 15264-5254 |
| 15013013 | | Email/Text: CollectionsDept@PFCU.COM | Nov 01 2025 00:31:00 | Philadelphia Federal Credit Union, Attn: Bankruptcy, 12800 West Townsend, Philadelphia, PA 19154 |
| 15020217 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Nov 01 2025 00:38:13 | PORTFOLIO RECOVERY ASSOCIATES, LLC, POB 41067, Norfolk, VA 23541 |
| 15013015 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Nov 01 2025 00:38:17 | Portfolio Recovery Associates, LLC, Attn: Bankruptcy, 120 Corporate Boulevard, Norfolk, VA 23502 |
| 15027767 | ^ | MEBN | Nov 01 2025 00:26:07 | Philadelphia Gas Works, 800 W Montgomery Ave 3F, Philadelphia, PA 19122-2898 |
| 15013016 | + | Email/Text: bankruptcy@self.inc | Nov 01 2025 00:31:00 | Self Financial, Inc., Attn: Bankruptcy, 515 Congress Ave, Ste 1550, Austin, TX 78701-3539 |
| 15017542 | + | Email/Text: ElectronicBkyDocs@nelnet.studentaid.gov | Nov 01 2025 00:31:00 | U.S. Department of Education c/o Nelnet, 121 S 13th St, Lincoln, NE 68508-1904 |
| 15013369 | | Email/PDF: OGCRegionIIIBankruptcy@hud.gov | Nov 01 2025 00:38:16 | U.S. Department of Housing and Urban Development, 801 Market Street 12th Floor, Philadelphia, PA 19107 |
| 15013017 | + | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | Nov 01 2025 00:31:00 | Verizon, Verizon Wireless Bk Admin, 500 Technology Dr Ste 550, Weldon Springs, MO 63304-2225 |
| 15013018 | + | Email/Text: megan.harper@phila.gov | Nov 01 2025 00:31:00 | Water Revenue Bureau, c/o City of Philadelphia Law Dept, 1401 John F. Kennedy Blvd., 5th Floor, Philadelphia, PA 19102-1663 |

District/off: 0313-2 | User: admin | Page 3 of 3
Date Rcvd: Oct 31, 2025 | Form ID: pdf900 | Total Noticed: 40
TOTAL: 35

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Nov 02, 2025    Signature:    /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 31, 2025 at the address(es) listed below:

| Name | Email Address |
| --- | --- |
| JOSEPH L QUINN | on behalf of Debtor Henry Philip James Jr. CourtNotices@rqplaw.com |
| KENNETH E. WEST | ecfemails@ph13trustee.com philaecf@gmail.com |
| MATTHEW K. FISSEL | on behalf of Creditor LAKEVIEW LOAN SERVICING LLC bkgroup@kmllawgroup.com, matthew.fissel@brockandscott.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 4

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re:<br>　　HENRY PHILIP JAMES, JR.<br><br>　　　　　　　　　　Debtor | Chapter 13<br><br>Bankruptcy No. 25-12125-DJB |

ORDER

**AND NOW**, upon consideration of the Motion to Dismiss Case filed by Kenneth E. West, Esq., Standing Trustee, and after notice and hearing, it is hereby **ORDERED** that this case is **DISMISSED** and that any wage orders previously entered are **VACATED**.

**IT IS FURTHER ORDERED** <u>if</u> the case has been confirmed <u>and</u> the Trustee is holding funds, any undisbursed funds held by the Chapter 13 Trustee from payments made on account of the Debtor(s)' plan shall be refunded to the Debtor(s) unless a party in interest files a Motion for Alternative Disbursement within 21 days of the entry of this Order.

_____
Honorable Derek J. Baker
Bankruptcy Judge

**Date: October 31, 2025**